**Wayne VINSON, Plaintiff—Appellant,**

v.

**UNITED STATES MARSHALS SER-VICE; David Craneford; Deontye Joyner, Defendants—Appellees.**

No. 11–7316.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 15, 2011.

Decided: Dec. 20, 2011.

Wayne Vinson, Appellant Pro Se. Raymond Emery Clark, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Vinson appeals the district court's order adopting the magistrate judge's report and recommendation and dismissing Vinson's claims brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671–2680 (2006), and *Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Vinson v. U.S. Marshals Service,* No. 0:10–cv–00079–RMG, 2011 WL 3903199 (D.S.C. Sept. 14, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*